IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
2:32 pm, Apr 27, 2020
**JEFFREY P. COLWELL, CLERK**

Civil Action No. _____
(To be supplied by the court)

__Jason Woodfork_____, Plaintiff

v.

__Jefferson County Fairgrounds_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jason Woodfork c/o P.O. Box 716 Wheat Ridge, Colorado
(Name and complete mailing address)

Telephone: 720.400.6565 Email: noblewoodforkel@gmail.cor
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jefferson County Fairgrounds 15200 W. 6th Ave
(Name and complete mailing address) Golden, Colorado

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

X  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

X  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

X  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___ Other: *(please specify)* _____

2

**D.    STATEMENT OF CLAIM(S)**

State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."

CLAIM ONE: _____Title VII - Religious execution_____

The conduct complained of in this claim involves the following: (check all that apply)

____ failure to hire                              ____ different terms and conditions of employment

____ failure to promote                      ____ failure to accommodate disability

____ termination of employment      **X** retaliation

**X** other: (please specify) Harassment per Employee conduct

Defendant's conduct was discriminatory because it was based on the following: (check all that apply)

____ race                **X** religion            **X** national origin           **X** age

____ color             **X** sex                   ____ disability

Supporting facts: Embarassing plaintiff infront of co-workers, by
~~See attached Exhibits~~ belittling & scrutinizing infront of customers, etc.

See attached Exhibits A, B & C

3

CLAIM TWO: __Equal Pay Act (EPA)__

The conduct complained of in this claim involves the following: (check all that apply)

- ___ failure to hire
- **X** different terms and conditions of employment
- ___ failure to promote
- ___ failure to accommodate disability
- ___ termination of employment
- ___ retaliation
- **X** other: (please specify) __Harassment__

Defendant's conduct was discriminatory because it was based on the following: (check all that apply)

- ___ race
- **X** religion
- **X** national origin
- **X** age
- ___ color
- **X** sex
- ___ disability

Supporting facts: · Was required to work on Holy day & See attached Exhibits: on day when not scheduled including phone c email. Was provided w/ less than adequit support & became uncomfortable to guests & those under my supervision. Denied requied training etc, felt forced to resign.
See attached Exhibits D, E & F

Click Here for Additional Claim

4

## E.  ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☑ Yes (*You must attach a copy of the administrative charge to this complaint*)

☐ No

Have you received a notice of right to sue? (*check one*)

☑ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☐ No

## F.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* PARTICULARS OF LOSS AND DAMAGE —

Hours of unpaid work & overtime $ 2,500.00 & Total $52,500.00. The plaintiff also claims the sum of $50,000.00 against the defendant, together with interest under the Supreme Court Act of 1995 and costs in addition to compensatory & punitive damages & Quasi-contract relief.

## G.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

04/13/2020
(Date)

(Revised December 2017)

5