Exhibit A

JEFFERSON COUNTY PERSONNEL RULES                                January 7, 2018

## Section 7: Employee Conduct

A. Harassment

   1. The County strives to maintain a working environment that encourages mutual respect and promotes professional and congenial work relationships. All employees are expected to be respectful of others and refrain from conduct that is inappropriate in the workplace. Harassment is expressly prohibited and will not be tolerated.

   2. Definition

      a. Harassment is defined as verbal or physical conduct that denigrates or shows hostility or an aversion to an individual because of his or her race, national origin, religion, gender, age, sexual orientation, or disability and that:
         - Creates an intimidating, hostile, or offensive work environment,
         - Unreasonably interferes with an individual's work performance, or
         - Adversely affects an individual's employment opportunities.

      b. Sexual harassment is defined as unwelcome gender-based verbal or physical conduct, including sexual advances and requests for sexual favors, where:
         - Submission to such conduct is an explicit or implicit term or condition of employment;
         - Employment decisions are based on submission to or rejection of such conduct; or
         - Such conduct unreasonably interferes with an individual's work performance or creates an intimidating, hostile or offensive working environment.

   3. Reporting

      a. All employees are responsible for reporting any suspected harassment.

      b. An employee who believes that he or she has been subjected to harassment should report the matter promptly to his or her supervisor, or if the supervisor is involved, any other supervisor in the Department, Division or Office or directly to Human Resources. Those who receive a report must refer the complaint to Human Resources at the earliest opportunity. If the complaint is directed toward an employee in Human Resources, the complaint should be referred to the County Manager or the County Attorney.

      c. The report may be made verbally, via e-mail, or in writing and should include all facts.

      d. Information about harassment complaints will be shared only as necessary to investigate the matter, to take any appropriate action, or as otherwise required by law.

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jason Woodfork<br>Po Box 716<br>Wheat Ridge, CO 80034 | From: | Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32A-2019-00178 | State & Local L. Program,<br>State & Local Coordinator | (602) 640-5064 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          January 13, 2020
Elizabeth Cadle,                                    *(Date Mailed)*
District Director

Enclosures(s)

cc:

JEFFERSON COUNTY FAIRGROUNDS
15200 W. 6th Avenue
Golden, CO 80401



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

January 13, 2020

Jason Woodfork
PO Box 716
Wheat Ridge, CO 80034

Re: Request for Substantial Weight Review
FEPA No. FE2019299006 / EEOC No. 32A-2019-00178
Jason Woodfork v Jefferson County Fairgrounds

Dear Mr. Woodfork:

This letter is in response to your request for the U.S. Equal Employment Opportunity Commission (EEOC) to conduct a substantial weight review of your charge (32A-2019-00178).

A complete review of the case file was conducted, and all the information offered during the processing of the charge by the State was carefully considered before a final determination was made in the matter. The evidence provided fails to substantiate a violation of the statutes enforced by the EEOC. There were no indications that further investigation would disclose a violation of the statutes enforced by the EEOC. Further, the review determined that the case was investigated by the state's civil rights agency in accordance with applicable procedures.

We understand that the parties to a charge often have firm views that the available evidence supports their respective position. However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce. In those situations where an individual disagrees with our final action on a charge, they have the right to pursue the matter in court. The EEOC's determination, which is enclosed with this letter, explains your right to pursue the matter in court within 90 days of your receipt of the enclosed Notice of Right to Sue. If you do not file a lawsuit within the statutory 90-day period, your right to sue in the matter will expire, and cannot be restored by the EEOC.

Sincerely,

*Robin L. Campbell*

Robin L. Campbell
State, Local & Tribal Program Manager

Enclosure:
Notice of Right to Sue, EEOC Form 161

| COMPLAINT OF DISCRIMINATION | EEOC Compl. No. |
|---|---|
| The Privacy Act of 1974 affects this form. See Privacy Act Statement before completing this form. | CCRD Compl. No. FE2019299006 |

### COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name (Complainant) Jason Woodfork | | (Area Code) Telephone (720) 400-6565 |
|---|---|---|
| Street Address PO Box 716 | City, State, and Zip Code Wheat Ridge, CO 80034 | County Jefferson |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name (Respondent) Jefferson County Fairgrounds | Number of Employees 15+ | (Area Code) Telephone (202) 271-8437 |
|---|---|---|
| Street Address 15200 W. 6th Ave. | City, State, and Zip Code Golden, CO 80401 | County Jefferson |

| Discrimination Based on: Religion (Islam); Race/Color (African American/Black); Retaliation | Date Most Recent Discrimination Occurred July 4, 2018 |
|---|---|

**I. Jurisdiction:** The Colorado Civil Rights Division has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

**II. Personal Harm:** In or around April 2018, prior thereto and continuing, I was harassed based on my religion (Islam) and race/color (African American/Black) and/or in retaliation for engaging in protected activity. In or around July 2018, prior thereto and continuing, I was subjected to unequal terms and conditions of employment based on my religion and race/color and/or in retaliation for engaging in protected activity.

**III. Respondent's Position:** Unknown.

**IV. Discrimination Statement:** I believe I was unlawfully discriminated against because of my religion (Islamic) and race/color (African American/Black) and/or in retaliation for engaging in protected activity in violation of the Colorado Anti-Discrimination Act (CADA). 1) I began my employment with the Respondent as a Campground Supervisor on or around August 16, 2017 and performed my job duties satisfactorily at all times. 2) In or around April 2018, my supervisor Kirsten Brown ("Brown") yelled at me and threatened to "go back to [her] old ways" in reference to how she would mistreat me. I reported that I felt I was being discriminated against to HR. After reporting the discrimination, I was belittled and undermined by Brown and another supervisor, Dextor Boxworth, in front of my co-workers. I was openly criticized by office coordinator Jen Hillesheim, at times in front of others. 3) In or around July 2018, prior thereto and continuing, I was told that I needed to be on call on the weekends in case of an emergency and was not provided with business cards. No one else had to be on call on the weekends and were provided with business cards. All of the other employees were Caucasian and made the job easier for one another by helping each other out while I was excluded until I resigned on July 4, 2018. 4) I believe I was discriminated against because of my protected classes and/or in retaliation for engaging in protected activity.

**V. WHEREFORE:** The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 12/4/2018    Complainant (Signature) *Woodfork Jason*

Exhibit B

To Whom It May Concern:

I have worked with Jason Woodfork as my direct Supervisor from April 13, 2018 to July 11, 2018. In my experience with Jason as a supervisor, he has exemplified a very professional, pleasant attitude and demeanor in the workplace. He is confident, well spoken and communicates in a clear and concise manner at all times, with guests as well as employees, and upper management. Jason has always maintained an "open door" policy and welcomes his employees to bring any problems, suggestions or comments to his attention and he has always addressed them promptly. I have spoken with Jason and understand that he has not received support from his direct supervisor or any other upper management on site. I have personally witnessed some individuals from upper management raising their voice at him over the radio, as if his concerns or questions have been an interruption. I feel that Jason's hands were tied as a supervisor and without support he was set up to fail. Through everything, Jason maintained a professional attitude, held no grudges nor spoke any ill of those individuals.

Thank you for your time,

*Jacqueline DeBoard*

Jacqueline DeBoard

Camp Host

Jason Woodfork                                   Exhibit C

**From:** Jason Woodfork
**Sent:** Monday, December 11, 2017 12:00 PM
**To:** Dexter Foxworth
**Subject:** Follow-up

Greetings of peace:

Dexter- I am following up regarding the meeting (Tuesday December 5th). I am still not clear on the hours for January. I know you stated that no one knows what the hours are going to be next month. I am not sure how to proceed; since I am expected to have schedules a month out, and I am to report the campground hours to Kirstin, so the website is current and up to date.

I have also noticed private events are not posted. I am not even aware of these events unless I look at the board in the operations conference room. Just a FYI.

I just wanted to remind you that when I spoke with Rory. It was stated we would extend the campground hours for December and fall back in January an hour from 8:45am to 7:45am tentatively of course. This is based on the western stock show and it's not looking like we are going to be as busy as usual. Reference email's with "Rory." Please advise.

Also, I was not aware that my presence, work ethic and leadership has been viewed negatively and stating I have "passive aggressive behavior," concerns me.

To hear that I might bring the old type of person out of a co-worker is not something I expected to hear. Since, I have minimal contact with her and I never knew that a problem existed. This has left me stunned. Since, you also feel the same way about my behavior leaves me wondering about the future. The response, tone and loss of composer by raising your voice, speaking to be in a condescending fashion by both yourself and Kirstin that day has disturbed me enough to consider other options.

For the sake of all involved if I am not welcomed, or viewed as untrusted, I shouldn't engage further than necessary especially when more people are involved. Reference incident reports.

I want you to know I was truly happy to be here even though there has been a constant attack on my character and position. I did look forward to the growth and development of the campground. I was very encouraged to hear you state to me "I have the skills needed and I am just lacking the tools" to function and be successful in my role.

Please note I am not wanting to leave or consider other options. However, my value and having to consider so many people against my character has diminished. I would like to rebuild that confidence and value, as demonstrated by extending my hand in friendship to Kirstin and stating I should be able to look at my coworkers and simply nod, or greet them if they're able. I never knew I made her feel that way and am still not sure how or what it is that might trigger her. I feel that I have demonstrated a peaceful nature on a consistent basis and have remained professional to all equally.

I am vested in the campground, and would like to know if I am of value, or should I consider other options?

Thank you for your time and consideration regarding this matter.

Kindly regarding,

1

Exhibit D

*Events & Venue*

# Mandatory HR Training for New Supervisors and Managers

| | Class Name | Must be Completed: | |
|---|---|---|---|
| *Rejected* | Understanding Harassment and Legal Issues - 4 hours | Within six months of promotion or hire date. | 11/14  8-12 pm |
| *Rejected* | Drug Free Workplace for Supervisors – 1.5 hours | Within six months of promotion or hire date | June 12th |
| *Rejected* | Coaching Through Performance Issues - 3.5 hours | Within one year of promotion or hire date. | July - 17th |
| *Rejected* | Workplace Ethics – 3.5 hours | Within one year of promotion or hire date. | 8/21 |
| *Rejected* | Performance Management @ Jeffco - 3.5 hours | Within one year of promotion or hire date. | 7/11 |
| *Rej* | The Respectful Workplace – 3.5 hours | Within 18 months of promotion or hire date. | 9/31  10/11 |
| started 1 of 3  3/7/13  3/14/19 2 of 3  3/21/13 3 of 3 | The Leadership Journey - Your Path to Supervisory Excellence - 21 hours | Within 18 months of promotion or hire date. | |

100 Jefferson County Parkway
4th Floor   8:30 am

Total required training time for first 18 months – 40.5 hours
Total required training time every two years after that – 3.5 hours

## Mandatory Training for Existing Supervisors

A refresher course dealing with Human Resource compliance issues (disciplinary actions, sexual harassment, ethics and legal issues) will be scheduled several times per year for supervisors and managers who have completed the above training requirements. The length of the refresher course is 3.5 hours. Once the initial training requirement for new supervisors and managers is fulfilled, every supervisor and manager is required to attend one of these refresher courses every two years.

Updated November 30, 2015

12

Exhibit E

# JEFFERSON COUNTY

## INCIDENT / DAMAGE REPORT FORM

LEASE INCLUDE PHOTO(S) WHEN POSSIBLE!   DATE / TIME: 11/13/2017

PORT COMPLETED BY: Campground Supervisor

ENT:

OMOTER/CONTACT/PHONE: Jason Woodfork / 720-400-6565

W/WHEN DID YOU FIND OUT ABOUT THIS INCIDENT/DAMAGE: On several occasions Darrell Causer has been approached by staff

SCRIPTION OF INCIDENT/DAMAGE: Over the past few weeks, Darrell Causer as been approached by "Karen Baker, George Baker & Kirsten Rosvall [Bakir Ibrahimovic] ll complaining + instigating the change of "Jason Woodfork's schedule" complaining that a supervisor should be here at all times. In addition other comments have been made that has lac'e our camp host uncomfortable to speak up or sign a cident report by himself for "fear of repercussions + etaliations."

[signature] rrell Causer

FF TIME (IN HOURS) SPENT ON THIS INCIDENT/DAMAGE: 15 min

JIPMENT USED ON THIS INCIDENT/DAMAGE REPORT: Report + copies

S SHERIFF'S DEPT. CALLED?  YES/NO       OFFICER'S NAME:
                                         CASE NUMBER:

(Additional Information & Space on Back)

3/27/2017

Exhibit F

# Formal Resignation Letter

Jason Woodfork
c/o P.O. Box 716
Wheat Ridge, Colorado 80034-0716

Exhibit

June 4th, 2018

Jefferson County Events and Venues
15200 W. 6th Avenue
Golden, CO, 80401

Dear Dexter Foxworth,

Please accept this as my formal resignation from my position as campground supervisor at Jefferson County Events and Venues, effective 30 days from today, June 4, 2018.

During my time at Jefferson County Fairgrounds, Events and Venues, I have been fortunate for the opportunity here.

Please let me know how I may be of help during the transition period. I wish you and the team the very best going forward.

Kindly regarding,

Jason Woodfork